UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 07-14329-CIV-MOORE
                    MAGISTRATE JUDGE P.A. WHITE

DAVID J. BELL, JR,            :

     Plaintiff,               :

v.                            :    REPORT THAT CASE IS
                                      READY FOR TRIAL
DR. HARIDAS BHADJA,           :

     Defendants.              :
_____

     This prisoner civil rights case was referred to the undersigned for preliminary proceedings pursuant to 28 U.S.C. §636(b)(l).

     The case is now at issue. The dates in the pre-trial scheduling order have passed. However, no dispositive motions have been filed, and no pre-trial statements have been filed by either party. If the Honorable Judge K. Michael Moore permits an extension of pre-trial scheduling dates, and dispositive motions are filed, they may be referred to the Undersigned Magistrate Judge.

     It is therefore respectfully recommended that this case be placed upon the trial calendar of the District Judge.

     DONE AND ORDERED at Miami, Florida, this 21st day of July, 2008.

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

```
cc:   David J. Bell, Jr., Pro Se
      Okeechobee CI
      Addres of Record

      Jeremy Thomas Palma, Esq.
      Rissman Weisberg etal
      Attorney of Record
```