```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 07-14329-CIV-MOORE
                    MAGISTRATE JUDGE P.A. WHITE
```

DAVID J. BELL, JR,            :

    Plaintiff,             :

v.                            :     <u>REPORT OF MAGISTRATE</u>
                                   <u>JUDGE</u> (DE#30)
DR. HARIDAS BHADJA,           :

    Defendants.            :
_____

    Defendant Bhadja filed a motion to dismiss for lack of prosecution based upon plaintiff's failure to file a timely pretrial statement in this civil rights case (DE#30).

    An Order to show cause was issued to the plaintiff to demonstrate why this case should not be dismissed for failure to prosecute. The plaintiff filed a pre-trial statement and a motion for leave to belatedly file his pre-trial statement. The motion has been granted by separate order. The defendant has filed a motion for summary judgment, now pending before this Court, and the plaintiff has been given notice to file a reply.

    It is therefore recommended that the defendant's motion to dismiss for lack of prosecution be denied.(DE#30)

    DONE AND ORDERED at Miami, Florida, this 20th day of August, 2008.

                                                                               _____
                                                                               UNITED STATES MAGISTRATE JUDGE

cc: David J. Bell, Jr., <u>Pro Se</u>
    Okeechobee CI
    Address of Record

    Jeremy Thomas Palma, Esq.
    Rissman Weisberg et al
    Attorney of Record