UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-14329-CIV-MOORE

DAVID J. BELL, JR.,

    Plaintiff,

v.

DR. HARIDAS BHADJA,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Defendant Dr. Haridas Bhabja's Motion for Summary Judgment (dkt # 36).

Magistrate Judge White issued a Report on January 27, 2009 (dkt # 46), recommending that the Motion for Summary Judgment be granted. No objections were filed.

UPON CONSIDERATION of the Motion, the Report, after *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Summary judgment is hereby entered in favor of Defendant as to Plaintiff's claim of delayed medical treatment for his ankle injury. Furthermore, since Plaintiff had failed to exhaust administrative remedies prior to filing his Complaint, Plaintiff's claim as to the alleged denial of support devices during his recovery is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that Magistrate Judge White's Report is ADOPTED. The Clerk of Court is instructed to CLOSE this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of February, 2009.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record

David J. Bell, Jr.
DC #182031
Okeechobee Correctional Institution
3420 NE 168th Street
Okeechobee, FL 34972-4826
PRO SE